No. 80–1430. Engle, Correctional Superintendent *v.* Isaac; Perini, Correctional Superintendent *v.* Bell; and Engle, Correctional Superintendent *v.* Hughes. C. A. 6th Cir. [Certiorari granted, 451 U. S. 906.] Motions of respondents for divided argument granted. Motions of respondents for additional time for oral argument or designation of counsel to present oral argument denied. Motion for appointment of counsel granted, and it is ordered that James R. Kingsley, Esquire, of Circleville, Ohio, be appointed to serve as counsel for respondent Isaac in this case.

No. 80–1804. Ledbetter, Sheriff, et al. *v.* Jones et al. C. A. 5th Cir. The order heretofore entered on June 22, 1981 [452 U. S. 959], is amended to read as follows: Certiorari granted limited to Question B presented by the petition.

No. 80–5727. Eddings *v.* Oklahoma. Ct. Crim. App. Okla. [Certiorari granted, 450 U. S. 1040.] Motion of Kentucky Youth Advocates et al. for leave to file a brief as *amici curiae* granted.

No. 80–1595. United States *v.* Frady. C. A. D. C. Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. The Chief Justice and Justice Marshall took no part in the consideration or decision of this motion and this petition.

No. 80–1148. Chagnon et al. *v.* Bell, former Attorney General, et al. C. A. D. C. Cir. Certiorari denied.

No. 80–1247. Errico *v.* United States. C. A. 2d Cir. Certiorari denied.